PETER C. ANDERSON
United States Trustee
Frank Cadigan (Bar No. 95666)
Assistant United States Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | CASE NUMBER:  8:14-bk-13778-ES |
|---|---|
| S.B. Restaurant Co., et al., | CHAPTER 11 |
| Debtors | Jointly Administered with Case Nos.: 14-13780 (ES); and 14-13781 (ES) |
| ❑ All Debtors | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN **S.B. RESTAURANT CO.** |
| **X  S.B. Restaurant Co.** | |
| ❑ S.B. Restaurant Co. of Kansas LLC | |
| ❑ S.B. Restaurant Co. of Central Fla., LLC | |
| Debtors | |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following three (3) members to serve on a Committee of Creditors holding unsecured claims in the case of S. B. Restaurant Co. (case number 14-13778-ES).

**SEE EXHIBIT "A" ATTACHED**

Dated: June 24, 2014

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By:   */S/ Frank Cadigan*
Frank Cadigan
Assistant United States Trustee

# EXHIBIT A

**General Growth Properties Inc.**

Attn:  Julie Minnick Bowden

110 North Wacker Drive

Chicago, IL 60606


**The Macerich Company**

Attn:  Bill Palmer

1175 Pittsford-Victor Road

Pittsford, NY 14534


**Global Media Group**

Attn:  Mark Torres

30252 Tomas, Suite 20

Rancho Santa Margarita, CA 92688

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN S.B. RESTAURANT CO.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 24, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED PAGE**

**2.  SERVED BY UNITED STATES MAIL**:  On **June 24, 2014,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**S.B. Restaurant Co.**, 200 E Baker Street, Ste. 201, Costa Mesa, CA 92626
**Attention: Paul Potvin**

**General Growth Properties Inc.,** Attn:  Julie Minnick Bowden, 110 North Wacker Drive, Chicago, IL 60606

**The Macerich Company,** Attn:  Bill Palmer, 1175 Pittsford-Victor Road, Pittsford, NY 14534

**Global Media Group,** Attn:  Mark Torres, 30252 Tomas, Suite 20, Rancho Santa Margarita, CA 92688

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe Smith--bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/24/14 | Daniel Sheehan | /s/ Daniel Sheehan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 24, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avanesian    michaelavanesian@tilemlaw.com, michaelavanesian@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Caroline Djang    cdjang@rutan.com
- Chantelle Fisher    cfisher@bpslaw.net
- Jerome Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;sbiegenzahn@flg-law.com;rfranzoia@flg-law.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Brian D Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com;lora.anderson@kattenlaw.com
- Mette H Kurth    kurth.mette@arentfox.com, nancy.peters@arentfox.com;martha.mota@arentfox.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Marianne S Mortimer    mmortimer@sycr.com
- William Novotny    william.novotny@mwmf.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Kristen N Pate    ggpbk@ggp.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Brett Ramsaur    bramsaur@swlaw.com, kcollins@swlaw.com
- James A Timko    jtimko@shutts.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**