## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>    S.B. Restaurant Co., et al.,[1]<br><br>                                    Debtors.<br>Affects:<br><br>☑ All Debtors<br>☐ S.B. Restaurant Co.<br>☐ S.B. Restaurant Co. of Kansas LLC<br>☐ S.B. Restaurant Co. of Central Florida, LLC<br><br><br>                                    Debtors. | Case No.: 8:14-bk-13778 (ES)<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.:<br>14-13780 (ES); and 14-13781 (ES) |

## NOTICE OF ADMINISTRATIVE EXPENSE CLAIM BAR DATES

**TO: ALL PARTIES IN INTEREST AND THOSE REQUESTING SPECIAL NOTICE:**

By the Court's order entered on December 22, 2014 [Docket No. 409] (the "Administrative Bar Date Order"), the Court set a **deadline** of **March 2, 2015** (the "Administrative Bar Date") for administrative expense claims (collectively, "Administrative Expense Claims") arising under section 503(b) of the Bankruptcy Code, including but not limited to 503(b)(9), against S.B. Restaurant Co., S.B. Restaurant Co of Central Florida LLC, and S.B. Restaurant Co. of Kansas, LLC, debtors and debtors in possession herein (collectively, the "Debtors"), that arose after June 16, 2014 through and including January 31, 2015.

If you already have filed an Administrative Expense Claim, you do not need to file another. The Administrative Bar Date Order does not apply to claims arising under sections 330 and 503(b)(2) of the Bankruptcy Code (*i.e.*, professional fees).

**Failure of a party to timely file an Administrative Expense Claim on or before the Administrative Bar Date may result in disallowance of such claim without further notice or hearing. Parties may wish to consult an attorney to protect their rights.**

This notice is being sent to all parties in interest. As a result, all such parties might not actually have an Administrative Expense Claim against the Debtors. The fact that you have received this notice does not mean that you have an Administrative Expense Claim against the Debtors, or that the Debtors concede that you have such a claim against the Debtors.

Any questions regarding this notice should be directed to Rust Consulting/Omni Bankruptcy at (866) 205-3148 or through its website at: www.omnimgt.com/sbrestaurantco.

Dated:    December 30, 2014           PACHULSKI STANG ZIEHL & JONES LLP

                                      By:    */s/ John W. Lucas*
                                             John W. Lucas

                                      Attorneys for the Debtors and Debtors in Possession

---

[1] The Debtors and the last four digits of each the Debtor's federal tax identification numbers are S.B Restaurant Co. (3572); S.B. Restaurant Co. of Kansas LLC (3291); and S.B. Restaurant Co. of Central Florida, LLC (0207).